THE LYONS ELECTRIC LIGHT AND POWER COMPANY, Respondent, *v.* DAVID BASTIAN, Appellant.

*Lyons El.'L. & P. Co.* v. *Bastian,* 53 App. Div. 649, affirmed.
(Argued April 17, 1902; decided May 13, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 30, 1900, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*C. G. Blaine* for appellant.

*Jefferson W. Hoag* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.

---

EDWARD A. SILBERSTEIN, as Trustee in Bankruptcy of MARCUS ROSEN, Respondent, *v.* JACOB STAHL, JR., et al., Appellants.

*Silberstein* v. *Stahl,* 63 App. Div. 614, affirmed.
(Submitted April 18, 1902; decided May 13, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 19, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Charles G. F. Wahle* for appellants.

*Herbert B. Shoemaker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.